■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOLA McBRIDE, Appellant. [708 NYS2d 18] —Judgment, Supreme Court, Bronx County (John Stackhouse, J.), rendered July 1, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's request for a missing witness charge was properly denied. Defendant failed to meet her initial burden of showing that the uncalled police witness overheard a transmission of the drug transaction or that, even if he heard the transmission, he could have been expected to provide material and noncumulative testimony (*see, People v Dianda*, 70 NY2d 894; *People v Shaw*, 214 AD2d 472, *lv denied* 86 NY2d 802). Concur—Williams, J. P., Tom, Mazzarelli and Buckley, JJ.